IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01068-CMA

JOSE LOPEZ, on his own behalf and on behalf of all others similarly situated,

    Plaintiff,

v.

HIGHMARK CONSTRUCTION, LLP, and
GABRIEL MATTICE,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Entering Default Judgment Against Defendants of the Honorable Judge Christine M. Arguello entered on March 29, 2016 (Doc. No. 38), it is

ORDERED that Plaintiff's Motion for Default Judgment and to Strike Answer of Corporate Entity (Doc. No. 37) is GRNATED IN PART and DENIED IN PART.  The Motion is GRANTED to the extent that it requests a default judgment against Defendants; the Motion is DENIED to the extent that it requests the Court to strike the Answer (Doc. No. 10) filed by Defendant Mattice.  It is

FURTHER ORDERED that final judgment is entered in favor of Plaintiff, Jose Lopez, and against Defendants, Gabriel Mattice and Highmark Construction, LLP, jointly and severally, in the amount of $18,537.87.  It is

FURTHER ORDERED that final judgment is entered in favor of Plaintiff, Ricardo Perez, and against Defendants, Gabriel Mattice and Highmark Construction, LLP, jointly and severally, in the amount of $7,570.21.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiffs, Jose Lopez and Ricardo Lopez, jointly, and against Defendants, Gabriel Mattice and Highmark Construction, LLP, jointly and severally, in the amount of $6,779.00 in attorney's fees and costs.

DATED:  March 29, 2018.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/ S. West
S. West
Deputy Clerk